# United States District Court Violation Notice

**Violation Number:** 6586393
**Officer Name (Print):** M. Caso
**Officer No.:** 3705

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 04/11/2025 1215
**Offense Charged:** 1.2.1(806)30
**Place of Offense:** 10000 Bay Pines Blvd, Bay Pines, FL 33744
**Offense Description:** Failure to Stop At Posted Stop Sign.

## DEFENDANT INFORMATION

**Phone:** 813-767-2893
**Last Name:** Saeed
**First Name:** Robert

[Defendant address, DL, vehicle info redacted]

- A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
- B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$25 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $55 Total Collateral Due

**YOUR COURT DATE:** TBD

X Defendant Signature: [signed]

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 11, 20 25, while exercising my duties as a law enforcement officer in the M. Dist. District of Florida.

I OBSERVED THIS DEFENDANT FAIL TO STOP AT A POSTED STOP SIGN AT THE INTERSECTION OF BILL YOUNG AND HOOVER AT THE BAY PINES VAMC.

The foregoing statement is based upon:
- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/11/2025 [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

CVB SCAN 04/22/2025 16:41