TRAFFIC/CVB COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

CASE NO. 8:25-mj-3236-AAS                    DATE:   October 15, 2025
Citation Number: 6586393

TITLE: USA v. ROBERT SMEED

TIME: 1:04 pm – 1:43 pm                    TOTAL: 39 Minutes

Honorable    AMANDA ARNOLD SANSONE        Deputy Clerk: Jeremiah Smith

Court Reporter/Tape   Tracy Aurelio             Courtroom        10B

Attorney for Government:
Muriel Moore

Attorney for Defendants:
Mark Rankin

## PROCEEDINGS: BENCH TRIAL

Court in session and counsel identified for the record.

The government called Officer Mark Casey as a witness. Officer Casey was sworn and testified.

Direct examination conducted by Assistant United States Attorney Muriel Moore.

Cross-examination conducted by defense counsel Mark Rankin.

Re-direct examination conducted by Ms. Moore.

Officer Casey was excused.

The United States rested.

The defense called Robert Smeed as a witness. Mr. Smeed was sworn and testified.

Direct examination conducted by Mr. Rankin.

Cross-examination conducted by Ms. Moore.

The defense rested.

Closing argument presented by the government.

Closing argument presented by the defense.

The defense then recalled Mr. Smeed for further testimony.
Direct examination conducted by Mr. Rankin.

The government recalled Officer Casey.
Direct examination conducted by Ms. Moore.

Following the presentation of evidence and argument, the Court found that the government failed to meet its burden of proof and ruled in favor of the defendant.

The Court informed the parties that they have fourteen (14) days to appeal the Court's decision.