AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

___Middle___ DISTRICT OF ___Florida___

UNITED STATES OF AMERICA

V.

Robert Smeed

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 8:25-mj-3236-AAS

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Amanda Arnold Sansone     Magistrate Judge
Name of Judge     Title of Judge

October 15, 2025
Date